E-filed on __October 22, 2015__

**ALAN R. SMITH, ESQ.**
Name
**SBN 1449**
Bar Code #
**505 RIDGE STREET**
**RENO, NV 89501-1719**
Address
**(775) 786-4579**
Phone Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  **YELLOW CAB OF RENO, INC.**

Case No.: **15-51384** _____
Chapter: **11** _____
Trustee _____

_____ Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☑ Summary of Schedules
- ☑ Statistical Summary of Certain Liabilities
- ☑ Schedule A - Real Property
- ☑ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as exempt
- ☑ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☑ Add/delete creditor(s), change amount or classification of debt - **$30.00 Fee required**
  - ☐ Add/change address of already listed creditor - **No fee**
- ☑ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☑ Schedule H - CoDebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☑ Declaration Concerning Debtor's Schedules
- ☑ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☑ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☑ Other: List of Equity Security Holders, Verification of Creditor Matrix, Corporate Ownership Statement, and Declaration re:  Electronic Filing of Petition, Schedules, Statements and Plan

E-filed on    October 22, 2015

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

 /s/ ROY L. STREET
_____
ROY L. STREET

**Debtor's Signature**

**Date:**  October 22, 2015
_____

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Nevada

In re   **YELLOW CAB OF RENO, INC.**

Debtor

Case No. ___**15-51384**___

Chapter ___**11**___

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 364,141.85 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 27,478.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 46,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 266,088.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| Total Assets | | | 364,141.85 | | |
| Total Liabilities | | | | 339,566.23 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Nevada

In re    **YELLOW CAB OF RENO, INC.**

Debtor

Case No. ___**15-51384**___

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **YELLOW CAB OF RENO, INC.**                                      Case No.   **15-51384**
_____
                             Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

| In re | **YELLOW CAB OF RENO, INC.** | Case No. | 15-51384 |
| | Debtor | | |

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH IN SAFE FOR DRIVERS** | - | 31,711.47 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PAYROLL ACCOUNT NEVADA STATE BANK ####7262** | - | 815.66 |
| | | **GENERAL ACCOUNT NEVADA STATE BANK ####5676** | - | 27,614.67 |
| | | **CREDIT CARD ACCOUNT NEVADA STATE BANK ####7270** | - | 26,230.05 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     86,371.85
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **YELLOW CAB OF RENO, INC.**                                   Case No.   **15-51384**
                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | ACCOUNTS RECEIVABLE SEE ATTACHED | - | 4,732.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| | | | Sub-Total ><br>(Total of this page) | 4,732.00 |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **YELLOW CAB OF RENO, INC.**                                    Case No. _**15-51384**_
                                            Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **54 CABS**<br>**SEE ATTACHED** | - | 201,300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **DDS SYSTEM - $10,000.00**<br>**RADIOS - $2,500.00**<br>**TELEPHONE SYSTEM - $2,500.00**<br>**ALIGNMENT MACHINE - $7,500.00**<br>**SURVEILANCE EQUIPMENT - $2,500.00** | - | 25,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **PREPAID INSURANCE** | - | 46,738.00 |

|  | Sub-Total > | 273,038.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 364,141.85 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Yellow Cab of Reno, Inc.
Customer Accounts Receivable
As of October 6, 2015

**Part B. Personal Property (Schedule B)**
**Number 16. Accounts Receivable**

| Customer | Address | | Amount Due |
|---|---|---|---|
| ATLANTIS HOTEL CASINO | 3800 SOUTH VIRGINIA ST. | RENO, NV  89502 | 42 |
| CASCADES OF THE SIERRA | 275 NEIGHBORHOOD WAY | SPANISH SPRINGS, NV  89441 | 90 |
| ELDORADO HOTEL | P.O. BOX  3399 | RENO, NV  89505 | 180 |
| GRAND SIERRA RESORT | 2500 EAST SECOND STREET | RENO, NV  89502 | (186) |
| MARS PETFOOD / MASTERFOODS | P.O. BOX 30107 | COLLEGE STATION, TX  77842-3091 | 310 |
| PEPPERMILL HOTEL / CASINO | 90 WEST GROVE STR.  STE# 600 | RENO, NV  89509 | 100 |
| RAMADA INN | 1000 EAST 6TH STREET | RENO, NV  89512 | 3,076 |
| REGIONAL TRANSPORTATION COMMISSION | 1105 TERMINAL WAY STE 200 | RENO, NV  89520-3002 | 806 |
| SILVER LEGACY | 407 NORTH VIRGINA ST. | RENO, NV  89501 | 25 |
| UNITED PARCEL SERVICE | 450 EDISON WAY | RENO, NV  89502 | 7 |
| VDM METALS | 306 COLUMBIA TURNPIKE | FLORHAM PARK, NJ  07932 | 282 |
| | | | 4,732 |

Yellow Cab Company
Listing of Taxicabs
October 6, 2015

**Part B. Personal Property**
**Question 25**

| Automobiles | Vehicle I.D. No. (VIN) | Value | Security For |
|---|---|---|---|
| 2009 TOYOTA SIENNA CE/LE | 5TDZK23C29S279352 | $500 | |
| 2009 TOYOTA SIENNA CE/LE | 5TDZK23C79S288855 | $500 | |
| 2009 TOYOTA SIENNA CE/LE | 5TDZK23C49S288554 | $500 | |
| 2009 TOYOTA SIENNA CE/LE | 5TDZK23C29S288858 | $500 | |
| 2009 TOYOTA SIENNA CE/LE | 5TDZK23C19S286955 | $500 | |
| 2009 TOYOTA SIENNA CE/LE | 5TDZK23C39S288903 | $500 | |
| 2009 TOYOTA SIENNA CE/LE | 5TDZK23C99S284077 | $500 | |
| 2009 TOYOTA SIENNA | 5TDZK23C39S278100 | $500 | |
| 2009 TOYOTA SIENNA CE/LE | 5TDZK23C39S252418 | $500 | |
| 2009 TOYOTA SIENNA CE/LE | 5TDZK23CX9S588218 | $500 | |
| 2009 TOYOTA SIENNA CE/LE | 5TDZK23C89S279985 | $500 | |
| 2009 TOYOTA SIENNA CE/LE | 5TDZK23CX9S287232 | $500 | |
| 2009 TOYOTA SIENNA CE/LE | 5TDZK23C79S285499 | $500 | |
| 2009 TOYOTA SIENNA CE/LE | 5TDZK23C99S288047 | $500 | |
| 2010 TOYOTA SIENNA CE/LE | 5TDKK4C7AS335402 | $1,500 | |
| 2011 TOYOTA SIENNA CE/LE | 5TDKA3DC6BS008311 | $2,000 | |
| 2011 TOYOTA SIENNA CE/LE | 5TDKA3DC7BS007703 | $2,500 | |
| 2011 TOYOTA SIENNA CE/LE | 5TDKA3DC5BS008283 | $2,000 | Nevada State Bank |
| 2011 TOYOTA SIENNA CE/LE | 5TDKA3DC9BS008187 | $2,500 | Nevada State Bank |
| 2011 TOYOTA SIENNA CE/LE | 5TDKA3DC0BS008613 | $2,000 | Nevada State Bank |
| 2010 DODGE GRAND CARAVAN | 2D4RN4DE2AR210597 | $2,000 | Nevada State Bank |
| 2011 DODGE GRAND CARAVAN | 2D4RN5DGXBR679302 | $2,500 | Nevada State Bank |
| 2011 DODGE GRAND CARAVAN | 5TDKK3DC0BS125069 | $2,500 | Nevada State Bank |
| 2012 CHRYSLER TOWN & COUNTRY | 2C4RC1BGXCR150237 | $2,500 | |
| 2012 DODGE GRAND CARAVAN | 2C4RDGD09CR100877 | $2,500 | |
| 2012 DODGE GRAND CARAVAN | 2C4RDGD2CR113793 | $2,500 | |
| 2012 DODGE GRAND CARAVAN | 2C4RDGDG5CR108197 | $2,500 | |
| 2012 DODGE GRAND CARAVAN | 2C4RDGDG9CR108199 | $2,500 | |
| 2012 DODGE GRAND CARAVAN | 2C4RDGDG4CR112595 | $2,500 | |
| 2010 TOYOTA SIENNA | 5TDKK4C7AS337568 | $1,300 | |
| 2010 CHRYSLER TOWN & COUNTRY | 2A4RR5D13AR492067 | $3,500 | |
| 2010 CHRYSLER TOWN & COUNTRY | 2A4RR5D19AR492039 | $3,500 | |
| 2010 CHRYSLER TOWN & COUNTRY | 2A4RR5D19AR491991 | $3,500 | |
| 2010 CHRYSLER TOWN & COUNTRY | 2A4RRD10AR491958 | $4,000 | |
| 2010 CHRYSLER TOWN & COUNTRY | 2A4RRD14AR492112 | $5,000 | |
| 2013 TOYOTA SIENNA CE/LE | 5TDZK3DC3DS303512 | $8,000 | |
| 2013 TOYOTA SIENNA CE/LE | 5TDKA3DC4CS013377 | $8,000 | |
| 2013 TOYOTA SIENNA CE/LE | 5TDZK3DC2DS303971 | $8,000 | |
| 2013 TOYOTA SIENNA CE/LE | 5TDZK3DC3DS299431 | $8,000 | |
| 2012 TOYOTA SIENNA CE/LE | 5TDKA3DCXCS012752 | $8,000 | |
| 2012 TOYOTA SIENNA CE/LE | 5TDZK3DC1CS260724 | $8,000 | |
| 2013 TOYOTA SIENNA CE/LE | 5TDZK3DCXD303961 | $6,000 | |
| 2012 TOYOTA SIENNA CE/LE | 5TDKA3DC0CS010864 | $7,000 | |
| 2013 CHEVY IMPALA | 2G1WF5E38D1236698 | $6,000 | |
| 2013 CHEVY IMPALA | 2G1WF5E3XD1238210 | $6,000 | |
| 2013 CHEVY IMPALA | 2G1WF5E31D1235311 | $6,000 | |
| 2013 CHEVY IMPALA | 2G1WF5E34D1235366 | $6,000 | |
| 2013 CHEVY IMPALA | 2G1WF5E32D1237178 | $8,000 | |
| 2013 CHEVY IMPALA | 2G1WF5E34D1237604 | $6,000 | |
| 2013 CHEVY IMPALA | 2G1WF5E32D1236506 | $6,000 | |
| 2013 CHEVY IMPALA | 2G1WF5E31D1237141 | $6,000 | |
| 2014 CHEVY IMPALA | 2G1WA5E32E1143821 | $7,000 | Donald P. Clark Family Trust |
| 2014 CHEVY IMPALA | 2G1WA5E36E1170777 | $7,000 | Donald P. Clark Family Trust |
| 2014 CHEVY IMPALA | 2G1W85E38E1179915 | $7,000 | |
| 2014 CHEVY IMPALA | 2G1WA5E39E1113389 | $7,000 | |
| | | **$201,300** | |

B6D (Official Form 6D) (12/07)

In re    **YELLOW CAB OF RENO, INC.**                                    Case No. ___**15-51384**___
_____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2 CABS | | | | | |
| DONALD P. CLARK FAMILY TRUST 305 W. MOANA LANE RENO, NV 89509 | - | | | | | | | |
| | | | Value $          14,000.00 | | | | 25,000.00 | 11,000.00 |
| Account No. | | | 3 CABS | | | | | |
| NEVADA STATE BANK 1 E. LIBERTY RENO, NV 89501 | - | | | | | | | |
| | | | Value $           7,500.00 | | | | 2,478.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| **0**    continuation sheets attached | Subtotal (Total of this page) | 27,478.00 | 11,000.00 |
| | Total (Report on Summary of Schedules) | 27,478.00 | 11,000.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re  **YELLOW CAB OF RENO, INC.**                                          Case No.  **15-51384**
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        1      continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **YELLOW CAB OF RENO, INC.**                                     Case No.    **15-51384**
                                                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | DEFERRED INCOME TAXES | | | | | |
| INTERNAL REVENUE SERVICE DEPARTMENT OF TREASURY OGDEN, UT 84201-0005 | - | | | | | | 44,909.00 | 0.00 / 44,909.00 |
| Account No. | | | PAYROLL TAXES | | | | | |
| STATE OF NV EMP SECURITY DIV 500 E. 3RD STREET CARSON CITY, NV 89713 | - | | | | | | 1,091.00 | 0.00 / 1,091.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 46,000.00 | 0.00 / 46,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 46,000.00 | 0.00 / 46,000.00 |

B6F (Official Form 6F) (12/07)

In re    **YELLOW CAB OF RENO, INC.**                                                     Case No. ___**15-51384**___
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | GOODS/SERVICES | | | | |
| AT&T MOBILITY P.O. BOX 6463 CAROL STREAM, IL 60197-6463 | | - | | | | | | 34.00 |
| Account No. | | | | GOODS/SERVICES | | | | |
| AUTOZONE 1550 S. VIRGINIA STEET RENO, NV 89502 | | - | | | | | | 1,573.00 |
| Account No. | | | | GOODS/SERVICES | | | | |
| CHARTER COMMUNICATIONS P.O. BOX 790086 SAINT LOUIS, MO 63179 | | - | | | | | | 80.00 |
| Account No. | | | | GOODS/SERVICES | | | | |
| DIGITAL DISPATCH SYSTEMS, INC. 11920 FORGE PLACE RICHMOND, BC CANADA   V7A 4V9 | | - | | | | | | 2,387.00 |
| | | | | | | Subtotal (Total of this page) | | 4,074.00 |

__3__   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **YELLOW CAB OF RENO, INC.**                                          Case No. __**15-51384**__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | GOODS/SERVICES | | | | |
| DOLAN TOYOTA SCION P.O. BOX 10677 RENO, NV 89502 | | - | | | | | | 245.32 |
| Account No. | | | | GOODS/SERVICES | | | | |
| FLYERS ENERGY, LLC P.O. BOX 39000 SAN FRANCISCO, CA 94139 | | - | | | | | | 773.00 |
| Account No. | | | | JUDGMENT | | | | |
| JAMES AND MELODIE DOUD C/O TERRI H. KEYSER-COOPER, ESQ. 3590 BARRYMORE DRIVE RENO, NV 89512 | | - | | | | | X | 93,000.00 |
| Account No. | | | | ACCIDENT | | | | |
| JOSE RODRIGUEZ C/O CHAD GOLIGHTLY, ESQ. 5555 KIETZKE LN., #150 RENO, NV 89511 | | - | | | | | X | 100,000.00 |
| Account No. | | | | GOODS/SERVICES | | | | |
| JOSEPH CHAMOUN 316 CALIFORNIA AVE., #108 RENO, NV 89509 | | - | | | | | | 167.00 |

Sheet no. __**1**__ of __**3**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

194,185.32

B6F (Official Form 6F) (12/07) - Cont.

In re   **YELLOW CAB OF RENO, INC.**                                          Case No. ___**15-51384**_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J c | Husband, Wife, Joint, or Community | | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | | | | |
| Account No. | | | **ACCIDENT** | | | | | | | |
| KAREN NOKLEY C/O KEITH GANEY, ESQ. 36 STEWART ST. RENO, NV 89501 | - | | | | | | | | X | 50,000.00 |
| Account No. | | | **ACCIDENT** | | | | | | | |
| KATHLEEN LEIGHTON C/O HERB SANTOS, ESQ. 225 S. ARLINGTON AVE. RENO, NV 89501 | - | | | | | | | | X | 12,000.00 |
| Account No. | | | **GOODS/SERVICES** | | | | | | | |
| KEYSTONE AUTOMOTIVE IND., INC. 1627 ARMY COURT STOCKTON, CA 95206 | - | | | | | | | | | 1,216.00 |
| Account No. | | | **GOODS/SERVICES** | | | | | | | |
| LKQ AUTO PARTS OF NOR-CAL 3590 SUNRISE BLVD., #9 RANCHO CORDOVA, CA 95742 | - | | | | | | | | | 1,211.91 |
| Account No. | | | **GOODS/SERVICES** | | | | | | | |
| LOW PRICE AUTO GLASS #21 2215 LARKIN CIRCLE SPARKS, NV 89431 | - | | | | | | | | | 155.00 |
| Sheet no. __**2**___ of __**3**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | | | Subtotal (Total of this page) | | 64,582.91 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **YELLOW CAB OF RENO, INC.**                              Case No. _____**15-51384**_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | GOODS/SERVICES | | | | |
| O'REILLY AUTOMOTIVE, INC. P.O. BOX 9464 SPRINGFIELD, MO 65801-9464 | - | | | | | | | | 246.00 |
| Account No. | | | | | GOODS/SERVICES | | | | |
| STETSON-BEEMER INSURANCE 690 E. PLUMB LN., STE. 100 RENO, NV 89510 | - | | | | | | | | 3,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 3,246.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 266,088.23 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **YELLOW CAB OF RENO, INC.**                                   Case No.    **15-51384**
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ICW** | **WORKMAN COMPENSATION** $14,036.32 |
| **PARATRANSIT** | **INSURANCE** $67,206.92 |
| **ROY STREET** **475 GENTRY WAY** **RENO, NV 89502** | **RENT** $8,200.00 PER MONTH |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **YELLOW CAB OF RENO, INC.**                                         Case No. ___15-51384_____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **YELLOW CAB OF RENO, INC.**                                  Case No.    **15-51384**

                                                Debtor(s)                              Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the PRESIDENT of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**17**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 22, 2015**                              Signature    **/s/ ROY L. STREET**
                                                                 **ROY L. STREET**
                                                                 **PRESIDENT**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Nevada

In re  **YELLOW CAB OF RENO, INC.**       Case No. **15-51384**
                         Debtor(s)      Chapter **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $829,870.00 | 2015 |
| $984,415.00 | 2014 |
| $980,349.00 | 2013 |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT      SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None** ■   **Complete a. or b., as appropriate, and c.**

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE ATTACHED** | | **$514,231.95** | **$0.00** |

**None** ☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE ATTACHED** | | **$159,338.47** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **JAMES DOUD and MELODIE DOUD v. YELLOW CAB OF RENO, INC.** 13-664 | **DISABILITY ACT VIOLATION** | **UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA RENO, NEVADA** | **JUDGMENT** |
| **KATHLEEN LEIGHTON v. YELLOW CAB OF RENO, INC., et al.** CV15-01188 | **PERSONAL INJURY** | **SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE** | **PENDING** |
| **KAREN NOKLEY v. YELLOW CAB OF RENO, INC., et al.** CV15-00960 | **PERSONAL INJURY** | **SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE** | **PENDING** |
| **KAREN NOKLEY v. YELLOW CAB OF RENO, INC., et al.** A-14-705760-C | **PERSONAL INJURY** | **DISTRICT COURT, CLARK COUNTY, NEVADA** | **PENDING** |

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■       preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
        property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■       returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
        or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■       this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
        joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■       preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
        property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■       and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
        aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
        either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
■       since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LAW OFFICES OF ALAN R. SMITH 505 RIDGE STREET RENO, NV 89501** | **10/7/2015** | **$40,000.00** |

**10.  Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS | NAME USED | DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)
6

## 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **YELLOW CAB OF RENO, INC.** | 88-0074158 | **475 GENTRY WAY RENO, NV 89502** | **TAXI TRANSPORATION** | |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**LINDA LUSSIER**
**475 GENTRY WAY**
**RENO, NV 89502**

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                                        DATES SERVICES RENDERED
**ALBRIGHT & ASSOCIATES, LTD.**    **1025 RIDGEVIEW DRIVE, STE. 300**
                        **RENO, NV 89501**

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

---

B7 (Official Form 7) (04/13)
7

| None ☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **NEVADA STATE BANK** | **2014 AND 2015** |
| **1 E. LIBERTY** | |
| **RENO, NV 89501** | |

---

**20. Inventories**

| None ■ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

| None ■ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

| None ■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

| None ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **ROY L. STREET** | **PRESIDENT, DIRECTOR,** | **100%** |
| **475 GENTRY WAY** | **SECRETARY/TREASURER** | |
| **RENO, NV 89502** | | |

---

**22 . Former partners, officers, directors and shareholders**

| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

| None ■ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
8

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)
9

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October 22, 2015**                    Signature  **/s/ ROY L. STREET**

                                                **ROY L. STREET**
                                                **PRESIDENT**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Yellow Cab of Reno, Inc.
Payments In Excess of $6,225
10/8/2014 ~ 10/07/2015

**Section  - Statement of Financial Affairs**
**Question 3 B  Payments in excess of $6,225.**

| Check # | Date | Payee | Amount |
|---|---|---|---|
| 5429 | 8/6/14 | NEVADA STATE BANK | 7,062.87 |
| 5430 | 8/15/14 | ICW GROUP | 6,968.00 |
| 5431 | 8/15/14 | NEVADA STATE BANK | 18,245.00 |
| 5432 | 8/20/14 | ROY L STREET | 14,092.15 |
| 36893 | 8/25/14 | NEVADA STATE BANK | 19,345.00 |
| 5436 | 9/10/14 | NEVADA STATE BANK | 7,062.87 |
| 5438 | 9/15/14 | ICW GROUP | 6,953.00 |
| BANK DEBIT-0925 | 9/25/14 | HERTZ CORPORATION | 70,380.00 |
| 5442 | 10/8/14 | NEVADA STATE BANK | 6,369.67 |
| 5444 | 10/15/14 | ICW GROUP | 7,334.00 |
| 5458 | 12/4/14 | SHERON WILLIAMS | 7,000.00 |
| 5460 | 12/16/14 | ICW GROUP | 7,444.00 |
| 5465 | 12/29/14 | ROY L STREET | 8,708.46 |
| 5469 | 1/15/15 | ICW GROUP | 7,553.00 |
| 0115-941 TAX | 1/15/15 | NEVADA STATE BANK | 7,069.26 |
| 5483 | 1/26/15 | LIVERMORE TOYOTA | 17,900.00 |
| 5477 | 2/16/15 | ICW GROUP | 7,627.00 |
| 5480 | 2/16/15 | KEYES HYUNDAI | 13,149.00 |
| 5479 | 2/16/15 | LITHIA NISSAN OF EUGENE | 17,918.00 |
| WIRE OUT-030315 | 3/3/15 | MARK MILLER TOYOTA | 18,288.00 |
| 030615 | 3/6/15 | HERTZ CORPORATION | 18,745.00 |
| 5495 | 4/15/15 | ICW GROUP | 7,611.00 |
| 5510 | 6/25/15 | PARATRANSIT INSURANCE COMPANY | 26,453.74 |
| 5516 | 7/17/15 | NEVADA STATE BANK | 81,200.00 |
| 5522 | 8/5/15 | ECONOMY AUTO PAINTING | 8,000.00 |
| 5526 | 8/14/15 | ICW GROUP | 8,567.00 |
| 5537 | 9/16/15 | ICW GROUP | 8,368.00 |
| 5551 | 10/6/15 | DAVID BOYER | 25,000.00 |
| 5549 | 10/1/15 | RENO TAHOE AUTO GROUP | 26,801.24 |
| 5548 | 10/1/15 | RENO TAHOE AUTO GROUP | 27,016.69 |
| Total | | | 514,231.95 |

Yellow Cab of Reno, Inc.
Insider Payments
10/08/14 to 10/07/15

**Section  - Statement of Financial Affairs**
**Question 3 C. Payments to Insiders.**

| Check # | Date | Payee | Amount | Check # | Date | Payee | Amount |
|---|---|---|---|---|---|---|---|
| 44538 | 10/9/14 | Brenda Street | 475.00 | 44709 | 4/2/15 | Frank Street | 759.85 |
| 44547 | 10/15/14 | Brenda Street | 2,850.00 | 44713 | 4/9/15 | Frank Street | 759.85 |
| 44544 | 10/16/14 | Brenda Street | 485.00 | 44716 | 4/16/15 | Frank Street | 759.85 |
| 44554 | 10/23/14 | Brenda Street | 3,631.21 | 44720 | 4/23/15 | Frank Street | 759.85 |
| 44551 | 10/23/14 | Brenda Street | 475.00 | 44725 | 4/30/15 | Frank Street | 759.85 |
| 44563 | 10/30/14 | Brenda Street | 500.54 | 44730 | 5/7/15 | Frank Street | 759.85 |
| 44559 | 10/30/14 | Brenda Street | 475.00 | 44735 | 5/14/15 | Frank Street | 759.85 |
| 44567 | 11/6/14 | Brenda Street | 438.00 | 44740 | 5/21/15 | Frank Street | 759.85 |
| 44575 | 11/13/14 | Brenda Street | 475.00 | 44745 | 5/28/15 | Frank Street | 759.85 |
| 44582 | 11/20/14 | Brenda Street | 461.00 | 44749 | 6/4/15 | Frank Street | 759.85 |
| 44588 | 11/26/14 | Brenda Street | 500.00 | 44753 | 6/11/15 | Frank Street | 759.85 |
| 44595 | 12/4/14 | Brenda Street | 500.00 | 44757 | 6/18/15 | Frank Street | 759.85 |
| 44601 | 12/11/14 | Brenda Street | 475.00 | 44761 | 6/25/15 | Frank Street | 759.85 |
| 44607 | 12/18/14 | Brenda Street | 475.00 | 44765 | 7/2/15 | Frank Street | 759.85 |
| 44616 | 12/24/14 | Brenda Street | 475.00 | 44770 | 7/9/15 | Frank Street | 784.85 |
| 5465 | 12/29/14 | ROY L STREET | 8,708.46 | 44769 | 7/9/15 | Frank Street | 759.85 |
| 44628 | 12/31/14 | Brenda Street | 470.00 | 44776 | 7/16/15 | Frank Street | 759.85 |
| 44630 | 12/31/14 | Brenda Street | 1.00 | 44782 | 7/23/15 | Frank Street | 759.85 |
| 44642 | 1/15/15 | Brenda Street | 475.00 | 44786 | 7/30/15 | Frank Street | 759.85 |
| 44648 | 1/22/15 | Brenda Street | 475.00 | 44790 | 8/6/15 | Frank Street | 759.85 |
| 44656 | 1/29/15 | Brenda Street | 475.00 | 44791 | 8/13/15 | Frank Street | 759.85 |
| 44662 | 2/5/15 | Brenda Street | 485.00 | 44801 | 8/20/15 | Frank Street | 759.85 |
| 44668 | 2/12/15 | Brenda Street | 500.00 | 44814 | 9/10/15 | Frank Street | 759.85 |
| 37082 | 2/13/15 | Brenda Street | 2,851.49 | 44818 | 9/17/15 | Frank Street | 759.85 |
| 44674 | 2/19/15 | Brenda Street | 500.00 | 44821 | 9/24/15 | Frank Street | 759.85 |
| 37107 | 3/3/15 | Brenda Street | 855.00 | 44824 | 10/1/15 | Frank Street | 759.85 |
| 37144 | 3/25/15 | Brenda Street | 855.00 | 37189 | 5/6/15 | ROY L STREET | 550.00 |
| 37176 | 4/21/15 | Brenda Street | 855.00 | ONLINE TRN: 10/16/14 | | ROY STREET ENTERPRISES, INC. | 1,500.00 |
| 44525 | 9/25/14 | Frank Street | 800.77 | ONLINE TRN: 11/20/14 | | ROY STREET ENTERPRISES, INC. | 1,500.00 |
| 44531 | 10/2/14 | Frank Street | 800.77 | ONLINE TRN: 2/23/15 | | ROY STREET ENTERPRISES, INC. | 1,500.00 |
| 44539 | 10/9/14 | Frank Street | 800.77 | ONLINE TRN: 3/5/15 | | ROY STREET ENTERPRISES, INC. | 1,500.00 |
| 44545 | 10/16/14 | Frank Street | 800.77 | ONLINE TRN: 5/6/15 | | ROY STREET ENTERPRISES, INC. | 1,500.00 |
| 44552 | 10/23/14 | Frank Street | 800.77 | ONLINE TRN: 6/8/15 | | ROY STREET ENTERPRISES, INC. | 1,500.00 |
| 44560 | 10/30/14 | Frank Street | 800.77 | ONLINE TRN: 7/7/15 | | ROY STREET ENTERPRISES, INC. | 1,500.00 |
| 44568 | 11/6/14 | Frank Street | 800.77 | ONLINE TRN: 8/6/15 | | ROY STREET ENTERPRISES, INC. | 1,500.00 |
| 44570 | 11/13/14 | Frank Street | 800.77 | ONLINE TRN: 9/14/15 | | ROY STREET ENTERPRISES, INC. | 1,500.00 |
| 44583 | 11/20/14 | Frank Street | 800.77 | ONLINE TRN: 9/26/14 | | STREET PROPERTIES-RENTS | 5,685.63 |
| 44589 | 11/26/14 | Frank Street | 800.77 | ONLINE TRN: 10/22/14 | | STREET PROPERTIES-RENTS | 2,842.83 |
| 44596 | 12/4/14 | Frank Street | 800.77 | ONLINE TRN: 10/22/14 | | STREET PROPERTIES-RENTS | 2,842.82 |
| 44602 | 12/11/14 | Frank Street | 800.77 | ONLINE TRN: 11/26/14 | | STREET PROPERTIES-RENTS | 5,685.63 |
| 44608 | 12/18/14 | Frank Street | 800.77 | ONLINE TRN: 12/29/14 | | STREET PROPERTIES-RENTS | 5,685.63 |
| 44610 | 12/24/14 | Frank Street | 825.77 | ONLINE TRN: 1/22/15 | | STREET PROPERTIES-RENTS | 5,685.63 |
| 44611 | 12/24/14 | Frank Street | 825.77 | ONLINE TRN: 2/26/15 | | STREET PROPERTIES-RENTS | 2,842.83 |
| 44629 | 12/31/14 | Frank Street | 800.77 | ONLINE TRN: 2/26/15 | | STREET PROPERTIES-RENTS | 2,842.82 |
| 44632 | 1/8/15 | Frank Street | 801.92 | ONLINE TRN: 3/20/15 | | STREET PROPERTIES-RENTS | 2,842.82 |
| 44643 | 1/15/15 | Frank Street | 801.92 | ONLINE TRN: 3/20/15 | | STREET PROPERTIES-RENTS | 2,842.82 |
| 44650 | 1/22/15 | Frank Street | 806.15 | ONLINE TRN: 4/24/15 | | STREET PROPERTIES-RENTS | 2,842.82 |
| 44657 | 1/29/15 | Frank Street | 759.85 | ONLINE TRN: 4/24/15 | | STREET PROPERTIES-RENTS | 2,842.82 |
| 44663 | 2/5/15 | Frank Street | 806.15 | ONLINE TRN: 5/29/15 | | STREET PROPERTIES-RENTS | 2,842.82 |
| 44669 | 2/12/15 | Frank Street | 759.85 | ONLINE TRN: 5/29/15 | | STREET PROPERTIES-RENTS | 2,842.81 |
| 44675 | 2/19/15 | Frank Street | 759.85 | ONLINE TRN: 6/25/15 | | STREET PROPERTIES-RENTS | 2,842.82 |
| 44680 | 2/26/15 | Frank Street | 759.85 | ONLINE TRN: 6/25/15 | | STREET PROPERTIES-RENTS | 2,842.82 |
| 44686 | 3/5/15 | Frank Street | 759.85 | ONLINE TRN: 7/23/15 | | STREET PROPERTIES-RENTS | 5,685.63 |
| 44806 | 8/27/15 | Frank Street | 759.85 | ONLINE TRN: 8/20/15 | | STREET PROPERTIES-RENTS | 5,685.63 |
| 44810 | 9/3/15 | Frank Street | 759.85 | ONLINE TRN: 9/24/15 | | STREET PROPERTIES-RENTS | 5,685.63 |
| | | | | | | | 159,338.47 |

# United States Bankruptcy Court
## District of Nevada

In re  **YELLOW CAB OF RENO, INC.** _____          Case No.  __**15-51384**__

_____ Debtor(s)          Chapter  __**11**__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **40,000.00** |
   | Prior to the filing of this statement I have received | $ **40,000.00** |
   | Balance Due | $ **0.00** |

2. $__**1,717.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October 22, 2015** _____          /s/ **ALAN R. SMITH, ESQ.** _____
**ALAN R. SMITH, ESQ.**
**THE LAW OFFICES OF ALAN R. SMITH**
**505 RIDGE STREET**
**RENO, NV 89501-1719**
**(775) 786-4579  Fax: (775) 786-3066**
**mail@asmithlaw.com**

---

# United States Bankruptcy Court
## District of Nevada

In re    **YELLOW CAB OF RENO, INC.**

Debtor

Case No. ___**15-51384**___

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**October 22, 2015**_____

Signature **/s/ ROY L. STREET**_____
**ROY L. STREET**
**PRESIDENT**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re   __YELLOW CAB OF RENO, INC._____      Case No.   __15-51384_____

Debtor(s)      Chapter      __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __October 22, 2015_____      __/s/ ROY L. STREET_____

__ROY L. STREET/PRESIDENT__
Signer/Title

YELLOW CAB OF RENO, INC.
475 GENTRY WAY
RENO, NV 89502

ALAN R. SMITH, ESQ.
THE LAW OFFICES OF ALAN R. SMITH
505 RIDGE STREET
RENO, NV 89501-1719

INTERNAL REVENUE SERVICE
STOP 5028
110 CITY PARKWAY
LAS VEGAS, NV 89106

NEVADA DEPT TAXATION
P.O. BOX 52685
PHOENIX, AZ 85072-2674

NEVADA EMPLOYMENT SEC
500 E. THIRD STREET
CARSON CITY, NV 89713-0030

NV DEPT OF MOTOR VEHICLES
BANKRUPTCY SECTION
555 WRIGHT WAY
CARSON CITY, NV 89711-0001

NV LABOR COMMISSION
675 FAIRVIEW LANE, STE 226
CARSON CITY, NV 89710-5474

OFFICE OF THE U.S. TRUSTEE
300 BOOTH STREET, RM. 3009
RENO, NV 89509-1362

I.R.S.-BK. PHILADELPHIA
PO BOX 7346
PHILADELPHIA, PA 19101-7346

WASHOE COUNTY TREASURER
PO BOX 30039
RENO, NV 89520-3039

NV DEPT OF TAXATION
BANKRUPTCY DIVISION
4600 KIETZKE LANE
SUITE L-235
RENO, NV 89502

AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

AUTOZONE
1550 S. VIRGINIA STEET
RENO, NV 89502

CHARTER COMMUNICATIONS
P.O. BOX 790086
SAINT LOUIS, MO 63179

DIGITAL DISPATCH SYSTEMS, INC.
11920 FORGE PLACE
RICHMOND, BC
CANADA   V7A 4V9

DOLAN TOYOTA SCION
P.O. BOX 10677
RENO, NV 89502

DONALD P. CLARK FAMILY TRUST
305 W. MOANA LANE
RENO, NV 89509

FLYERS ENERGY, LLC
P.O. BOX 39000
SAN FRANCISCO, CA 94139

ICW


INTERNAL REVENUE SERVICE
DEPARTMENT OF TREASURY
OGDEN, UT 84201-0005

JAMES AND MELODIE DOUD
C/O TERRI H. KEYSER-COOPER, ESQ.
3590 BARRYMORE DRIVE
RENO, NV 89512

JOSE RODRIGUEZ
C/O CHAD GOLIGHTLY, ESQ.
5555 KIETZKE LN., #150
RENO, NV 89511

JOSEPH CHAMOUN
316 CALIFORNIA AVE., #108
RENO, NV 89509

KAREN NOKLEY
C/O KEITH GANEY, ESQ.
36 STEWART ST.
RENO, NV 89501

KATHLEEN LEIGHTON
C/O HERB SANTOS, ESQ.
225 S. ARLINGTON AVE.
RENO, NV 89501

KEYSTONE AUTOMOTIVE IND., INC.
1627 ARMY COURT
STOCKTON, CA 95206

LKQ AUTO PARTS OF NOR-CAL
3590 SUNRISE BLVD., #9
RANCHO CORDOVA, CA 95742

LOW PRICE AUTO GLASS #21
2215 LARKIN CIRCLE
SPARKS, NV 89431

NEVADA STATE BANK
1 E. LIBERTY
RENO, NV 89501

O'REILLY AUTOMOTIVE, INC.
P.O. BOX 9464
SPRINGFIELD, MO 65801-9464

PARATRANSIT

ROY STREET
475 GENTRY WAY
RENO, NV 89502

STATE OF NV EMP SECURITY DIV
500 E. 3RD STREET
CARSON CITY, NV 89713

STETSON-BEEMER INSURANCE
690 E. PLUMB LN., STE. 100
RENO, NV 89510

Name, Address, Telephone No. & I.D. No.
**ALAN R. SMITH, ESQ.**
**505 RIDGE STREET**
**RENO, NV 89501-1719**
**(775) 786-4579**
**SBN 1449**

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In Re
**YELLOW CAB OF RENO, INC.**

                                                    Debtor(s)

BANKRUPTCY NO. **15-51384**
CHAPTER NO. **11**

## DECLARATION RE: ELECTRONIC FILING OF PETITION
### SCHEDULES, STATEMENTS AND PLAN (if applicable)

### PART I - DECLARATION OF PETITIONER

I [We]   **ROY L. STREET**   and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct.  I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court.  I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed.  I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐    If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13.  I request relief in accordance with the chapter specified in this petition.

■    [If petitioner is a corporation or partnership]  I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter specified in this petition.

Dated:   **October 22, 2015**

Signed:    **/s/ ROY L. STREET**
                **ROY L. STREET/PRESIDENT**
                    (Applicant)

### PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated:   **October 22, 2015**

Signed:    **/s/ ALAN R. SMITH, ESQ.**
                **ALAN R. SMITH, ESQ.**
                    Attorney for Debtor(s)