TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nevada Bar No. 3984
3590 Barrymore Dr.
Reno, NV 89509
(775) 337-0323
*keysercooper@lawyer.com*
*Attorney for Unsecured Creditors Melodie and James Doud*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 15-51384-BTB |
| YELLOW CAB OF RENO, INC., | Chapter 11 Case |
| Debtor. | **EX PARTE APPLICATION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF ROY L. STREET, PRESIDENT OF DEBTOR YELLOW CAB OF RENO, INC.** |
| | (NO HEARING REQUIRED) |
| _____/ | |

    Unsecured Creditors James and Melodie Doud, by and through their counsel of record, Terri Keyser-Cooper, of the Law Office of Terri Keyser-Cooper, apply to the Court for entry of an order authorizing the Rule 2004 examination of Roy L. Street, President of Debtor Yellow Cab of Reno, Inc., at a location to be determined in Reno, Nevada, on more than fourteen days from the date this motion is being filed.

    The purpose of the Rule 2004 examination relates to the acts, conduct, or property or to the liabilities and financial condition of the Debtor, to any matter which may affect the administration of the Debtor's estate or the Debtor's right to a discharge.

    According to Fed. R. Bankr. Pro. 2004(b),

> "The examination of an entity under this rule or of the debtor under §343 of the Code may relate only to the acts, conduct, or property or

1

> to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge. …"

According to Local Rule 2004(b),

> "The clerk may sign orders for examination if the date set for examination is more than fourteen (14) days from the date the motion is filed.  If examination is requested on less than fourteen (14) days' notice, the motion must state whether the examination date has been agreed on, or if there is no agreement, why examination on less than fourteen (14) days' notice is requested."

This motion seeks to conduct an examination of Roy L. Street, President of Debtor Yellow Cab of Reno, Inc., on more than fourteen days from the date the motion is filed.  The purpose of the examination is within the scope of Rule 2004(b).  Accordingly, James and Melodie Doud respectfully request the entry of an order granting this motion.

DATED this 22nd day of October, 2015.

                                            Respectfully Submitted,

                                            /s/ Terri Keyser-Cooper
                                            TERRI KEYSER-COOPER
                                            Law Office of Terri Keyser-Cooper
                                            *Attorney for Unsecured Creditors*
                                            *Melodie and James Doud*

## **CERTIFICATE OF SERVICE**

I, Terri Keyser-cooper, declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 3590 Barrymore Dr., Reno, NV 89512.

On this date, I served a copy of the following documents on the parties in this action as follows:

**EX PARTE APPLICATION FOR ORDER AUTHORIZING**
**RULE 2004 EXAMINATION OF DEBTOR**

[ ]    BY UNITED STATES MAIL.  By placing a true copy of the above-referenced document(s) in the United States Mail in a sealed envelope with postage prepaid to the addressee(s) listed below.

**ALAN R SMITH**
505 RIDGE ST
RENO, NV 89501
(775) 786-4579

[ ]    BY FACSIMILE TRANSMISSION.  By transmitting a true copy of the document(s) by facsimile transmission from facsimile number (775) 337 0323 to the interested parties in this action at the facsimile number(s) shown below.

[ ]    BY HAND-DELIVERY.  By delivering a true copy enclosed in a sealed envelope to the address(es) shown below.

[ X ]    BY ELECTRONIC SERVICE.  By electronically mailing a true copy of the document(s) to defendants at the following email addresses via the Court's electronic filing procedure:

Email: mail@asmithlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 22, 2015

/s/ Terri Keyser-Cooper
TERRI KEYSER-COOPER

1